Benjamin E. Langguth, appellee, v. Edward Breither, appellant. Gen. No. 33,144.

filed June 26, 1929.

Perry B. Brelin, for appellant; Floyd E. Britton, of counsel. No appearance for appellee.

Mr. Justice Ryner delivered the opinion of the court.